IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. DNCW3:06CR169 |
| | ) | (Financial Litigation Unit) |
| FANNIE CHRIS CLEMMONS FORD, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| MCDONALD'S/JOHN R. HAIRSTON | ) | |
| ENTERPRISES, | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF GARNISHMENT

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Garnishment filed in this case against the defendant Fannie Chris Clemmons Ford is DISMISSED.

Signed: May 13, 2011

David C. Keesler
United States Magistrate Judge